# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 92

*April Term, A.D. 2022*

__July 20, 2022__

PETER BENJAMIN GATZA,

**Appellant**
**(Defendant),**

**v.**                                                                          S-22-0099

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S ORDER DENYING MOTION FOR SENTENCE REDUCTION

[¶ 1]  **This matter** came before the Court upon its own motion following the filing of Appellant's Pro Se Brief.  Appellant took this appeal to challenge the district court's February 10, 2022, Order Denying Motion for Sentence Reduction.

[¶ 2]  On June 10, 2022, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before July 28, 2022, Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  On July 8, 2022, Appellant filed a Pro Se Brief.

[¶ 3]  Now, following a careful review of the Pro Se Brief, the record, and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Denying Motion for Sentence Reduction should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Peter Benjamin Gatza, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Natrona County District Court's February 10, 2022, Order Denying Motion for Sentence Reduction, be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 20th day of July, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**